Form 3A
(10/05)

# United States Bankruptcy Court
#### District Of ___Illinois___

In re __Adenike Adebiyi__        Case No. __07-21720__
         Debtor
                                 Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__  Dec 19   Check one ☐ With the filing of the petition, or
                                  ☐ On or before _____
   $ __68.50__  Jan 18 '08 on or before _____
   $ __68.50__  Feb 19 08  on or before _____
   $ __68.50__  March 19 08 on or before _____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 19 2007

KENNETH S. GARDNER, CLERK
PS REP. - SW

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____      /s/ Adenike Adebiyi        November, 19, 07
Signature of Attorney    Date        Signature of Debtor                Date
                                     (In a joint case, both spouses must sign.)

Name of Attorney                     _____
                                     Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
##### District Of _____ Illinois

In re __Adenike Adebiyl__,  Case No. __07-21720__
            Debtor

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV 19 2007__

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**
_United States Bankruptcy Judge_